UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JAMAL WITT,

    Plaintiff,

    v.

HELM, et al.,

    Defendants.

No. 2:20-cv-2054-EFB P

ORDER

    Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. However, the request for leave to proceed in forma pauperis is not accompanied by a certified trust account statement. *See* 28 U.S.C. § 1915(a)(2).

    Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: October 19, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE